DENNIS MOXLEY, Respondent, *v.* NEW JERSEY AND NEW YORK RAILROAD COMPANY, Appellant.

(Submitted June 19, 1894; decided June 22, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 12, 1892, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Circuit without a jury.

*De Forest Brothers* for appellant.

*W. J. Groo* for respondent.

Agree to affirm on opinion of BARNARD, J., below.
All concur.
Judgment affirmed.